BOND & GOODWIN, INC., Appellant, *v.* FRANCIS I. DU PONT et al., Individually and as Copartners Doing Business under the Name of FRANCIS I. DU PONT & Co., et al., Respondents.

Argued April 6, 1939; decided April 21, 1939.

*Oliver B. James* and *Harding F. Bancroft* for appellant.

*Granville Whittlesey, Jr.,* and *Theodore S. Hope, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.